UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TANYA STOVALL,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC,<br><br>Defendant. | Case No. 25-cv-13814<br><br>Honorable Robert J. White |

**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE COMPLAINT**

Tanya Stovall commenced this Fair Debt Collection Practices Act lawsuit against Absolute Resolutions Investments, LLC ("ARI"). Before the Court is Stovall's motion to voluntarily dismiss the complaint. (ECF No. 23). ARI responded expressing its "non-opposition" to the requested relief. (ECF No. 25). For the reasons stated in the motion, it is hereby,

ORDERED that Stovall's motion to voluntarily dismiss the complaint (ECF No. 23) is granted.

IT IS FURTHER ORDERED that the complaint (ECF No. 1-2) is dismissed without prejudice.

IT IS FURTHER ORDERED that the Stovall's pending motion for a preliminary injunction (ECF No. 10) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case.

Dated: August 24, 2026

s/ Robert J. White
Robert J. White
United States District Judge